# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Terry Harold James,

    Petitioner,

v.

Charles L Ryan, et al.,

    Respondents.

No. CV-19-08233-PCT-DJH

**ORDER**

    On August 27, 2020, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending Petitioner Terry Harold James's Petition seeking a federal writ of habeas corpus (Doc. 1) be denied and dismissed with prejudice. Petitioner did not file any objections to the R&R and the time to do so has long since passed. The R&R will be adopted in full.

    Accordingly,

    **IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED IN FULL**.

    **IT IS FURTHER ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because dismissal of the Petition (Doc. 1) is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable and because Petitioner has not made a substantial showing of the denial of a constitutional right.

1   **IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment accordingly
2   and close this matter.
3   Dated this 24th day of February, 2021.

Honorable Diane J. Humetewa
United States District Judge